**The Court grants the motion, in part, and denies it, in part. Notwithstanding anything to the contrary below, the Court grants an extension of time up to and including April 29, 2016 to file the Schedules and Statements.**

IT IS SO ORDERED.

Dated: April 26, 2016
      02:48:18 PM

_Kay Woods_
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 16-40675 |
| | ) | Jointly Administered |
| ALLIED CONSOLIDATED | ) | |
| INDUSTRIES, INC., et al. | ) | Chapter 11 |
| | ) | |
| Debtors/Debtors-in-Possession | ) | Judge Kay Woods |

### ORDER GRANTING DEBTORS AND DEBTORS-IN-POSSESSION AN EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENTS

This matter before the Court is the motion of Allied Consolidated Industries, Inc. and certain related entities, as debtors and debtors-in-possession (collectively, the "Debtors"), for an order extending the deadline to file their Schedules and Statements (the "Motion");[1] the Court having reviewed the Motion and finding that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

**IT IS, THEREFORE, ORDERED THAT:**

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

1. The Motion is GRANTED; and

2. The Debtors are hereby granted an extension of time up to and including May 9, 2016 in which to file their Schedules and Statements, pursuant to Rules 1007 and 3015 of the Federal Rules of Bankruptcy Procedure.

# # #


Prepared, Approved And Submitted By:

/s/ Melissa Macejko
Andrew W. Suhar, Esq. (#0058419)
Melissa Macejko, Esq. (#0070974)
29 E. Front St., 2nd Floor
P.O. Box 1497
Youngstown, OH 44501-1497
Telephone: (330) 744-9007
Facsimile: (330) 744-5857

Proposed Counsel for the Debtors and
Debtors-in-Possession