UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re: )
)
**Allied Consolidated Industries, Inc. et al.** ) Case No. 16-40675(KW)
)
) Chapter 11
)
**Debtor(s)** ) Judge Kay Woods

## APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to section 1102(a) of the Bankruptcy Code, the following creditors of the above-named debtor, being among those holding the largest unsecured claims and who are willing to serve, are appointed to the committee of unsecured creditors:

**GLEASON AND ASSOCIATES, P.C.**
c/o William G. Krieger
One Gateway Center
Suite 525
Pittsburgh PA 15222
Phone: (412) 391-5404
Fax:    (412) 391-1192
(Temporary Chairperson)

**HADER-SEITZ, INC.**
c/o Paul Piotrowski
P O Box 510260
15600 W. Lincoln Ave.
New Berlin WI 53151
Phone: (262) 641-8003
Fax:    (262) 641-6010

**STARLITE DIVERSIFIED, INC.**
c/o Mark Fisher
16465 McMath Ave.
Meadville PA 16335
Phone: (814) 724-8637
Fax:    (814) 724-8651

Respectfully Submitted,
Daniel M. McDermott
United States Trustee, Region 9

By: */s/ Amy L. Good*
Amy L. Good (#0055572)
Trial Attorney
Office of the U.S. Trustee
(216) 522-7800 ext. 236
(216) 522-7192 fax
Amy.L.Good@usdoj.gov

cc: Committee Members
    Attorney for Debtor(s)